**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*401 Market St., 4th Floor*
*Camden, N.J. 08101*
*Andrew.Segedin@usdoj.gov*

main: *(856) 757-5026*
direct: *(862) 410-6589*

*Andrew Segedin*
*Assistant United States Attorney*

September 30, 2026

**<u>BY ECF</u>**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut St.
Newark, N.J. 07102

**Re:** ***Rodriguez Pared v. Soto, et al.*****, No. 26-cv-12610(CCC)**
**Petitioner's Bond Hearing**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. On September 22, 2026, ICE issued a Form I-286, Notice of Custody Determination, detaining Petitioner pending removal proceedings. Ex. A (First I-286). Consistent with the Court's September 24, 2026 order, ECF No. 2, a redetermination hearing was scheduled for September 28, 2026, *see* Ex. B (Hearing Notice). ICE has advised our Office that Petitioner's counsel was not present. Accordingly, the redetermination hearing was rescheduled for October 13, 2026. *See* Ex. C (Rescheduling Notice).

This Office has conferred with Petitioner's counsel on September 29, 2026 and again today. Petitioner's counsel has advised this Office that Petitioner is posting bond and will be released later today or tomorrow. This Office has further confirmed with ICE that bond was set at $7,500. Ex. D (Second I-286).

Accordingly, Petitioner has received all process due under 8 U.S.C. § 1226(a). We therefore respectfully ask the Court to close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *<u>s/ Andrew Segedin</u>*

ANDREW SEGEDIN
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/1/2026